

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP:JMH                                      *271 Cadman Plaza East*
F.#2019R00929                                *Brooklyn, New York 11201*

February 12, 2021

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                    Re:    United States v. Baimadajie Angwang
                           Criminal Docket No. 20-442 (EK)

Dear Judge Komitee:

            The government respectfully submits this letter to update the Court concerning the above-referenced defendant's COVID-19 status, consistent with the Court's instructions at the hearing held earlier today on the defendant's renewed motion for bond pending trial. See ECF No. 36.  Following today's hearing, the government conferred with MDC medical personnel.  They advise that the defendant completes his 10-day period of isolation today, that is, February 12, 2021.  Per CDC guidelines, once the isolation period is completed, the defendant is no longer required to quarantine or isolate because he is no longer considered to be contagious, notwithstanding that he may still be showing symptoms of COVID-19.

                                      Respectfully submitted,

                                      SETH D. DuCHARME
                                      Acting United States Attorney

                          By:     /s/ J. Matthew Haggans
                                      J. Matthew Haggans
                                      Assistant U.S. Attorney
                                      (718) 254-7000

cc:    Clerk of Court (EK) (by ECF and by email)
       John Carman, Esq., counsel for the defendant (by ECF and by email)