# LAW OFFICE OF JOHN F. CARMAN

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

OF COUNSEL
SUSAN SCARING CARMAN, ESQ.
MATTHEW W. BRISSENDEN, ESQ.

ASSOCIATE ATTORNEY
SARA M. PERVEZ

PARALEGAL
ANNA M. SACCO

June 23, 2021

**VIA ECF**
Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    *United States v. Baimadajie Angwang*
                       <u>Docket No. 20-cr-442</u>

Dear Judge Komitee:

      I represent Baimadajie Angwang in connection with the above referenced criminal matter and submit this letter in support of Mr. Angwang's request to modify his conditions of release.

      Mr. Angwang is subject to electronic monitoring which restricts him to his house in Williston Park. As the Court is aware, he and his wife have a four-year old daughter. Mr. Angwang is requesting permission to leave the house for purposes of picking up and dropping off his daughter at summer camp and ballet classes. The locations are both in New Hyde Park which is a town adjacent to Williston Park.

      Mr. Angwang's wife is a realtor and while she is generally available to provide transportation, there are times when she is not. Having Mr. Angwang available in those situations would alleviate much of the stress of scheduling conflicts.

      Pre-trial Services Officer Mallori Brady has indicated that Electronic Monitoring is capable of monitoring Mr. Angwang travel on the basis that is proposed. The specifics of the dates and times will be provided to Pre-Trial Services. Officer Brady has offered the consent of her office. AUSA Haggans has advised that he will take no position on the request.

1

Mr. Angwang has been fully compliant with his conditions of release.

Thank you for your consideration.

Very truly yours,


/s/ John F. Carman
JOHN F. CARMAN

JFC/as