

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMH
F. #2019R00929

271 Cadman Plaza East
Brooklyn, New York 11201

August 11, 2021

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Baimadajie Angwang
                 Criminal Docket No. 20-442 (EK)

Dear Judge Komitee:

       The government hereby notifies the Court of its filing earlier today—via the Classified Information Security Officer—of a classified letter motion relating to the government's anticipated brief pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4. A copy of the first page of today's letter motion, with markings removed, is enclosed. The government also encloses a copy of the first page of a letter motion that was filed on May 24, 2021, with markings removed, for purposes of the record.

                                 Respectfully submitted,

                                 JACQUELYN M. KASULIS
                               Acting United States Attorney

             By:   /s/ J. Matthew Haggans
                  J. Matthew Haggans
                  Assistant U.S. Attorney
                  (718) 254-6127

cc:    Clerk of Court (EK) (By ECF)
       John F. Carman, Esq. (By ECF)

▮

United States Attorney's Office
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

August 11, 2021

**TO BE FILED *IN CAMERA*, *EX PARTE*, AND UNDER SEAL VIA THE COURT INFORMATION SECURITY OFFICER**

▮ The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

▮        Re:   United States v. Baimadajie Angwang
              Criminal Docket No. 20-442 (EK)

██████████

United States Attorney's Office
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

May 24, 2021

**TO BE FILED *IN CAMERA*, *EX PARTE*, AND UNDER SEAL VIA THE COURT INFORMATION SECURITY OFFICER**

██ The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

██         Re:   United States v. Baimadajie Angwang
                 Criminal Docket No. 20-442 (EK)