

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH/FJN/SAC　　　　　　　　　　　　　　　　　*271 Cadman Plaza East*
F. #2019R00929　　　　　　　　　　　　　　　　*Brooklyn, New York 11201*

March 18, 2022

<u>By ECF</u>

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　　Re:　　United States v. Baimadajie Angwang
　　　　　　　　　　<u>Criminal Docket No. 20-442 (EK)　</u>

Dear Judge Komitee:

　　　　　The government respectfully submits this letter to provide notice that, on March 17, 2022, via the Classified Information Security Officer, the government filed its classified, sealed, <u>ex parte</u> memorandum in opposition to the above-referenced defendant's motion to suppress FISA-derived evidence or, in the alternative, for disclosure of the FISA orders and applications, as well as supporting documents.  <u>Cf.</u> ECF No. 86 (Feb. 2, 2022) (defendant's motion).

       With this notice, the government will file publicly on ECF: (1) an unclassified version of its memorandum in opposition; and (2) the declaration and claim of privilege by the Assistant Attorney General for National Security of the Department of Justice.

Respectfully submitted,

BREON PEACE  
United States Attorney

By:   /s/ J. Matthew Haggans  
      J. Matthew Haggans  
      Francisco J. Navarro  
      Assistant U.S. Attorneys  
      (718) 254-7000

      Scott A. Claffee  
      Trial Attorney  
      U.S. Department of Justice  
      National Security Division  
      Special Assistant United States Attorney  
         (Of Counsel)  
      (718) 254-7000

Enclosures (2)

cc:    Clerk of the Court (EK) (by ECF)  
       John Carman, Esq. (by ECF and Email)