

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH
F. #2019R00929

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 22, 2022

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Baimadajie Angwang
           Criminal Docket No. 20-442 (EK)

Dear Judge Komitee:

      The government hereby notifies the Court of its filing earlier this afternoon—via the Classified Information Security Officer—of a supplement to its pending motion for a protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4, and Federal Rule of Criminal Procedure 16(d)(1) ("the Motion"). See Minute Entry, ECF No. 109 (July 13, 2022) (directing the government to file said supplement to the Motion by today).

Consistent with the relief requested in the Motion, as supplemented, the government also encloses a revised proposed protective order should the Court grant the Motion.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ J. Matthew Haggans
J. Matthew Haggans
Francisco J. Navarro
Meredith A. Arfa
Assistant United States Attorneys
(718) 254-7000

Scott A. Claffee
Trial Attorney
Department of Justice
Counterintelligence &
Export Control Section
Special Assistant United States Attorney
Eastern District of New York

Enclosures (1)
cc:    Clerk of Court (EK) (by ECF)
      John F. Carman, Esq. (By ECF and By Email)