

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMH/FJN/MAA/SAC
F. #2019R00929

271 Cadman Plaza East
Brooklyn, New York 11201

August 12, 2022

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Baimadajie Angwang
                  Criminal Docket No. 20-442 (EK)

Dear Judge Komitee:

      The government writes to supplement the record as to the Court's order granting the government's motion under the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4.  See ECF No. 115 (Aug. 11, 2022) ("the CIPA IV Order"); see also Gov't Ltr, ECF No. 116 (Aug. 11, 2022) (government's first update on compliance with the CIPA IV Order).  In the CIPA IV Order, the Court directed the government to complete its production of unclassified admissions and classified substitutions by today, August 12, 2022.

      Earlier this afternoon, the government produced the unclassified admissions to the defense as required by the CIPA IV Order.  The government also prepared for delivery by the Classified Information Security Officer ("the CISO") the classified substitution as required by the CIPA IV Order.  From discussions with CISO personnel, the government understands that the earliest CISO personnel can be available to deliver the classified substitution to defense counsel in an appropriate space for counsel's review is this coming Wednesday, August 17, 2022.  The government further understands that, in the meantime, the CISO will endeavor to conduct all necessary security briefings with defense counsel so that counsel's review may proceed as expeditiously as possible on August 17, and that the CISO has reached out to defense counsel to coordinate those briefings accordingly.  The government further notes its understanding that the CISO's involvement is necessary to permit defense counsel access to an appropriate space where counsel may prepare filings related to the classified substitution under CIPA Section V, if any.

With the CISO's assistance, the government will continue to explore additional means to expedite defense counsel's access to the classified substitution. The government has updated defense counsel earlier today, in sum and substance, as to the above.

The government will be prepared to discuss this matter further at the telephone status conference scheduled for Monday, August 15, 2022, at 2:30 p.m. The government anticipates that, at that time, the parties will be able to more accurately address whether the timeline set forth in the CIPA IV Order is sufficient "to permit adequate review and contemplation." CIPA IV Order at 13.

Respectfully submitted,

BREON PEACE
United States Attorney

By:     /s/
J. Matthew Haggans
Francisco J. Navarro
Meredith A. Arfa
Assistant United States Attorneys
(718) 254-7000

Scott A. Claffee
Trial Attorney
Counterintelligence
& Export Control Section
U.S. Department of Justice

cc:    Clerk of Court (EK) (by ECF)
       John F. Carman, Esq. (By ECF and By Email)